IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARESA GARRETT,

    Plaintiff,

v.

UNIVERSITY OF CALIFORNIA, HASTINGS COLLEGE OF LAW, MARY KAY KANE, AND LEO MARTINEZ,

    Defendants.

No. C 04-02561 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing Complaint, **JUDGMENT IS HEREBY ENTERED** in favor of defendant University of California, Hastings College of Law, Mary Kay Kane, and Leo Martinez.

The Clerk of the Court shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 16, 2004.

    S/ WILLIAM ALSUP
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE